**No. 58198.**—R. L. Swearer Company *v.* United States, protest 170362–K (Pittsburgh).

Opinion by JOHNSON, J.   An examination of the appraiser's reports upon the several entries indicated that from the rusty state of the machinery it was not readily identifiable as American goods.   At the trial, plaintiff was unable to present proof of outward shipment in lieu of the certificate of exportation and, inasmuch as the mandatory regulations of the Secretary of the Treasury, not waived by the collector as to outward shipment, had not been fully complied with, the court was constrained to overrule the protest.

**No. 58199.**—Bluefries New York, Inc. *v.* United States, protest 221271–K (New York).

Opinion by JOHNSON, J.   When this case was called for trial, there was no appearance on behalf of the plaintiff.   Counsel for the Government moved in evidence the collector's memorandum, which stated that the duty had not been paid, and he made a motion to dismiss the protest upon the ground that it was not filed in accordance with section 515.   Following Abstract 57870, it was held that payment of duties is a condition precedent to the right to file protest against the payment of same.   The protest was therefore dismissed.